GUARANTY TRUST COMPANY, Landlord, Appellant, *v.* WILLIAM LEONARD, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, May 13, 1938.

*Davis, Polk, Wardwell, Gardiner & Reed* [*John D. Hyde* of counsel], for the appellant.

*William A. Murphy*, for the respondent.

PER CURIAM. The tenant being required as a holdover under the lease to pay a rental of sixty dollars a month, the trial judge was not authorized to reduce the rental to forty-five dollars a month on the theory that that figure was the fair and reasonable rental of the apartment in its disrepair.

Judgment modified by increasing the landlord's recovery to the sum of $120, with costs, and as modified affirmed, with twenty-five dollars costs to appellant.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.